UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Keith MacConnell,
Myquon Media, LLC,
Sonic Automotive, LLC, and
Heather McGough

    v.                             Civil No. 07-cv-369-JM

City of Nashua,
Nashua Police Department,
Jeffrey Mahar, Kerry Baxter, and
Dennis Linehan


**O R D E R**

The parties have finished briefing the summary judgment motion but I have not had the time to resolve the motion nor will I have the time before the currently scheduled trial date. The trial is continued. The Clerk is directed to reschedule the trial on a date after July acceptable to the parties.

    **SO ORDERED.**

                                            _/s/ James R. Muirhead_
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: April 16, 2009

cc:    Richard J. Lehmann, Esq.
        Brian J.S. Cullen, Esq.